■ In the Matter of CORY REID, Petitioner, v LAURA A. WARD et al., Respondents. In the Matter of CORY REID, Petitioner, v MICHAEL J. OBUS et al., Respondents. [995 NYS2d 501]—The above-named petitioner having presented applications to this Court praying for orders, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceedings, and due deliberation having been had thereon, it is unanimously ordered that the applications be and the same hereby are denied and the petitions dismissed, without costs or disbursements. Concur—Gonzalez, P.J., Mazzarelli, Andrias, DeGrasse and Clark, JJ.